## IN THE MATTER OF THE APPLICATION OF SILVIO DE-VITA FOR A WRIT OF *HABEAS CORPUS*.

Argued October 13, 1953—Decided October 19, 1953.

*Mr. Harry Kay* argued the cause for the appellant.

*Mr. Edward Gaulkin* argued the cause for the respondent (*Mr. C. William Caruso*, of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Naughright in the Superior Court, Law Division.

342

HEHER, J. (dissenting). I would reverse the judgment for the reasons given in my dissent on the prior affirmance of the judgment in this cause. *State. v. Grillo*, 11 *N. J.* 173 (1952).

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—Justice HEHER—1.